**Slip Op. 99 - 13**

# UNITED STATES COURT OF INTERNATIONAL TRADE

## BEFORE: RICHARD W. GOLDBERG, JUDGE

JEFFREY S. BELL,

               Plaintiff,

           v.                                      Court No. 92-11-00764

UNITED STATES,

               Defendant.

## JUDGMENT ORDER

On November 12, 1993, the Court remanded the above-captioned action to Customs so that plaintiff might present additional evidence pertaining to the denial of his application for a customs broker license. See Jeffrey S. Bell v. United States, 17 CIT 1220 (1993). On May 3, 1994, upon Order of the Court, the parties then advised that the Secretary of the Treasury had granted Mr. Bell's appeal of the denial of his license application and that the parties intended to file a stipulation to dismiss the above-captioned action pursuant to USCIT R. 41(a)(1)(B).

Having subsequently failed to submit any papers whatsoever, the Court issued an Order on December 7, 1998, requiring that plaintiff in the above-captioned action show cause why the case should not be dismissed for lack of prosecution. Plaintiff failed to respond to the Court's show cause Order. Defendant responded in a letter to the Court on January 20, 1998, indicating that it had been unable to locate counsel for plaintiff. Upon consideration of plaintiff's failure to respond to the Order to show cause; upon all other papers and proceedings had herein, and upon due deliberation, it is hereby

**ORDERED** that above-captioned action is dismissed for failure to prosecute.

**SO ORDERED.**

_____
JUDGE

Date:      January 29, 1999
           New York, New York